STATE v. THOMPSON

No. 79 PC.

Case below: 34 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 December 1977.

STATE v. WALKER

No. 87 PC.

Case below: 34 N.C. App. 271.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 December 1977.

STATE v. WILLIAMS

No. 99 PC.

Case below: 34 N.C. App. 408.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 December 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 December 1977.

WILES v. CONSTRUCTION CO.

No. 70 PC.

Case below: 34 N.C. App. 157.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 6 December 1977.